IN THE SUPREME COURT OF TEXAS

 No. 06-0920

 IN RE ALLSTATE TEXAS LLOYDS AND DAVID RADIGAN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency relief, filed January 9, 2007,
is granted. All trial court proceedings in Cause No. C-821-03-B, styled
Minerva Martinez v. Allstate Texas Lloyds, David Radigan, and VIP
Insurance, in the 93rd District Court of Hidalgo County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 09, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk